**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MICHAEL M., | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| | : | |
| FRANK BISIGNANO, | : | |
| Commissioner of the Social Security | : | |
| Administration, | : | |
| Defendant | : | NO.  25-5955 |

**ORDER**

**AND NOW**, this 11th day of May 2026, for the reasons contained in the court's

Memorandum of today, it is hereby **ORDERED** that Plaintiff's request for review (Document No.

6) is **DENIED**.

**BY THE COURT**:


   */s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
United States Magistrate Judge